| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2015 | FOR CALENDAR YEAR 2019 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Polster, Dan A. | U.S. Dist. Ct., ND Ohio | 06/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge--Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Judge
18B Carl B. Stokes U.S. Court
Cleveland, Ohio 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lifetime Trustee | Mandel Jewish Day School (formerly Agnon School) |
| 2. | Trustee | Siegal Lifelong Learning Center/CWRU |
| 3. | Secretary and Trustee | Jewish Education Center of Cleveland |
| 4. | Trustee | Jewish Federation of Cleveland |
| 5. | Trustee | Bellefaire Jewish Children's Bureau |
| 6. | Trustee | family trust |
| 7. | Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 8. | Chairman and Board of Directors | Mt. Sinai Health Care Foundation |
| 9. | Board of Directors | Global Cleveland |
| 10. | Board of Directors | William K. Thomas Inn of Court |
| 11. | Trustee | Mandel Foundation |
| 12. | Trustee | Mandel Supporting Foundation |
| 13. | Trustee | Yanowitz Supporting Foundation |
| 14. | Executive Committee and Board of Directors | Federal Judges Association |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Park Synagogue (Stipend for teaching 9th and 10th grade classes) | $1,193.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Coleman Law LLC (sole practice) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 4/10--4/13/2019 | Minneapolis, Minnesota | Speak at conference | Air fare, hotel, meals |
| 2. | Federal Judges Association | 4/15--4/16/2019 | Dallas, Texas | Attend board meeting | Air fare, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Merrill Lynch Bank Deposit Program (Bank of America NA) | A | Interest | J | T | | | | | |
| 2. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 3. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 4. GNM P41107 bonds | B | Dividend | J | T | | | | | |
| 5. Cohen & Steers Reit Fd | B | Dividend | J | T | | | | | |
| 6. Mainstay Floating Rate Fd | A | Dividend | | | Sold | 07/02/19 | J | A | |
| 7. Amer.Funds Wash Fd | A | Dividend | J | T | | | | | |
| 8. Cohen & Steers Pref | A | Dividend | J | T | | | | | |
| 9. Blackrock Multi Asset Fd | A | Dividend | J | T | | | | | |
| 10. Nuveen Real Asset Income Fd | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Senior Floating Rate Fd | A | Dividend | | | Sold | 07/02/19 | K | A | |
| 12. James Alpha Global Real Estate Invest Fd | A | Dividend | J | T | | | | | |
| 13. Pimco Income Fd | A | Dividend | K | T | | | | | |
| 14. Allianzgi Dividend Fd | A | Dividend | J | T | | | | | |
| 15. US Treasury Bill | A | Interest | J | T | | | | | |
| 16. Ishares Preferred Fd | A | Dividend | K | T | Buy | 07/02/19 | J | | |
| 17. Osterweis Strategic Inc. Fd | A | Dividend | J | T | Buy | 04/25/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Reaves Utility Inc. Fd | B | Dividend | K | T | Buy | 04/25/19 | J | | |
| 19. | Reaves Utility Inc. Fd | B | Dividend | K | T | Buy<br>(add'l) | 07/02/19 | K | | |
| 20. | | | | | | | | | | |
| 21. | Celgene Corp | A | Dividend | | | Sold | 11/12/19 | K | B | |
| 22. | Chevron/Texaco | B | Dividend | K | T | | | | | |
| 23. | Intel | A | Dividend | K | T | | | | | |
| 24. | Wells Fargo Bank Deposit Sweep Program | A | Dividend | K | T | | | | | |
| 25. | Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 26. | Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 27. | Microsoft Corp. | A | Dividend | L | T | | | | | |
| 28. | FedEx Corp. | A | Dividend | K | T | | | | | |
| 29. | Du Pont De Nemours (now DowDupont) | A | Dividend | | | | | | | |
| 30. | Dow Inc | A | Dividend | K | T | Spinoff<br>(from line 29) | 11/12/19 | K | | |
| 31. | DuPont | A | Dividend | | | Spinoff<br>(from line 29) | 11/12/19 | J | | |
| 32. | DuPont | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 33. | Corteva, Inc. | A | Dividend | | | Spinoff<br>(from line 29) | 11/12/19 | J | | |
| 34. | Corteva, Inc. | A | Dividend | | | Sold | 11/12/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Polster, Dan A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Facebook Inc. | A | Dividend | L | T | | | | | |
| 36. Amazon Com Inc. | A | Dividend | K | T | Buy | 08/17/19 | K | | |
| 37. Apple Inc. | A | Dividend | K | T | Buy | 08/07/19 | K | | |
| 38. Paypal Holdings Inc | A | Dividend | K | T | Buy | 08/17/19 | K | | |
| 39. Select Sector Technology ETF | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 40. Select Sector Consumer Discretionary ETF | A | Dividend | K | T | Buy | 02/12/19 | K | | |
| 41. US Treasury Bill | A | Interest | | | Redeemed | 11/12/19 | L | A | |
| 42. US Treasury Bill | A | Interest | K | T | Buy | 11/12/19 | K | | |
| 43. | | | | | | | | | |
| 44. Tenneco common | A | Dividend | J | T | | | | | |
| 45. Embarq (spinoff) | A | Dividend | J | T | | | | | |
| 46. Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 47. CS&L Reit | A | Dividend | J | T | | | | | |
| 48. Nomura Partners Japan Fund Class S | A | Dividend | J | T | | | | | |
| 49. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 50. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 51. PNC Bank (formerly National City)--check | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Bank-check | A | Interest | J | T | | | | | |
| 53. PNC Bank--CD | A | Interest | J | T | | | | | |
| 54. PNC Bank--CD | A | Interest | J | T | | | | | |
| 55. Ohio Savings - savings | A | Interest | J | T | | | | | |
| 56. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 57. IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 58. Wife's SEP IRA (Securities America) lines 59-86) | E | Dividend | P1 | T | | | | | |
| 59. American Gr. Fd of America | B | Dividend | | | Sold | 03/07/19 | M | C | |
| 60. First Eagle Global Class I | B | Dividend | | | Sold | 03/07/19 | M | C | |
| 61. T Rowe Price Global Technology | A | Dividend | | | Sold | 03/07/19 | L | A | |
| 62. Wisdomtree Emerging Markets | C | Dividend | | | Sold | 05/15/19 | L | B | |
| 63. Wisdomtree US Midcap | A | Dividend | | | Sold | 05/15/19 | L | B | |
| 64. Wisdomtree US Smallcap | A | Dividend | | | Sold | 05/15/19 | L | A | |
| 65. Vanguard Selected Value Inv | C | Dividend | | | Sold | 05/15/19 | N | A | |
| 66. American Europacific Growth | A | Dividend | | | Sold | 05/15/19 | M | B | |
| 67. Primecap Odyssey Growth | A | Dividend | | | Sold | 05/15/19 | N | C | |
| 68. US Treasury Bills | B | Interest | | | Sold | 07/15/19 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Goldman Sachs CD | A | Interest | | | Sold | 07/15/19 | K | A | |
| 70. | Ally Bank CD | A | Interest | | | Buy | 08/15/19 | K | A | |
| 71. | Morgan Stanley Bank CD | B | Interest | L | T | | | | | |
| 72. | Compass Bank CD | A | Interest | | | Sold | 06/18/19 | K | A | |
| 73. | Wells Fargo Bank CD | B | Interest | | | Sold | 04/10/19 | L | A | |
| 74. | Bank Deposit Sweep | C | Interest | N | T | Buy | 05/15/19 | N | | |
| 75. | FBM International Fd | A | Dividend | M | T | Buy | 05/15/19 | M | | |
| 76. | HSBC Bank CD | A | Interest | K | T | Buy | 07/15/19 | K | | |
| 77. | Iva Worldwide Fd CL 1 | A | Interest | M | T | Buy | 07/15/19 | M | | |
| 78. | Invesco QQQ Tr Unit Serial 1 | A | Int./Div. | M | T | Buy | 07/15/19 | M | | |
| 79. | Janus Henderson Enterprise 1 | A | Int./Div. | M | T | Buy | 03/17/19 | M | | |
| 80. | JP Morgan Chase Bank CD | B | Interest | L | T | Buy | 05/15/19 | L | | |
| 81. | Neuberger Berman Large Cap Value Fd | B | Dividend | M | T | Buy | 03/07/19 | M | | |
| 82. | Prime Cap Odyssey Gr. Fd | A | Dividend | M | T | Buy | 03/07/19 | M | | |
| 83. | Vanguard Healthcare Admiral Fd | A | Dividend | M | T | Buy | 07/15/19 | M | | |
| 84. | Vanguard Group Div App ETF | B | Dividend | N | T | Buy | 05/15/19 | N | | |
| 85. | Vanguard Emerging Markets Bond Fd | A | Dividend | L | T | Buy | 07/15/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Wasatch Micrcocap Fd | A | Dividend | L | T | Buy | 04/19/19 | L | | |
| 87. | | | | | | | | | |
| 88. Mentor Property,LLC$40,000--12/19/12 | A | Distribution | K | R | | | | | |
| 89. Norton Property, LLC $30,000--11/17/14 | A | Distribution | K | R | | | | | |
| 90. Euclid KV, LLC $38,281--11/28/17 | A | Distribution | K | R | | | | | |
| 91. | | | | | | | | | |
| 92. Trust** (lines 93-158) | E | Int./Div. | P1 | T | | | | | |
| 93. --State of Israel Bond | B | Interest | K | T | | | | | |
| 94. --Tenneco common | A | Dividend | J | T | | | | | |
| 95. --JPMorgan Chase | A | Dividend | J | T | | | | | |
| 96. Merrill Lynch Bank Deposit Program<br>America NA) | A | Interest | L | T | | | | | |
| 97. Allianxgi Inc and Gr Fd | A | Dividend | K | T | | | | | |
| 98. -- Amer.Fds New Persp Fd | A | Dividend | L | T | | | | | |
| 99. --American Washington Mut Fd | A | Dividend | K | T | | | | | |
| 100. -- Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 101. --Baron Growth Fd | A | Dividend | J | T | | | | | |
| 102. US Treasury Bond | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --US GNM Bonds | A | Interest | J | T | | | | | |
| 104.  Cohen & Steers Pref | B | Dividend | K | T | | | | | |
| 105.  Cohen & Steers Reit | B | Dividend | K | T | | | | | |
| 106.  Lord Abbett Short Duration Inc Fd | B | Dividend | K | T | | | | | |
| 107.  Blackrock Multi Asset Inc Fd | A | Dividend | J | T | Buy<br>(add'l) | 04/25/19 | J | | |
| 108.  James Alpha Global Real Estate Inv Fd | A | Dividend | J | T | | | | | |
| 109.  Nuveen Real Asset Inc Fd | A | Dividend | K | T | | | | | |
| 110.  Pimco Inc Fd | B | Dividend | K | T | | | | | |
| 111.  Mainstay Floating Rate Fd | A | Dividend | | | Sold | 07/02/19 | J | A | |
| 112.  Ishares Preferred | A | Dividend | J | T | Buy | 07/02/19 | J | | |
| 113.  Osterweis Strategic Inc Fd | A | Dividend | J | T | Buy | 04/25/19 | J | | |
| 114.  Reaves Utility Inc. Fd | A | Dividend | K | T | Buy | 04/25/19 | K | | |
| 115. | | | | | | | | | |
| 116.  Janney Advantage Preferred Sweep | A | Interest | K | T | | | | | |
| 117.  CPS Technologies Corp. | A | Dividend | J | T | | | | | |
| 118.  Vanguard Balanced Inc Fd | C | Dividend | M | T | Buy<br>(add'l) | 03/21/19 | J | | |
| 119.  Vanguard Dividend App Rd | B | Dividend | M | T | Buy | 03/15/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Polster, Dan A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Vanguard Total Stock Market Fd | B | Dividend | M | T | Buy | 03/15/19 | M | | |
| 121. Immucell Corp | A | Dividend | | | Sold | 03/15/19 | K | A | |
| 122. Box Inc. | A | Dividend | K | T | | | | | |
| 123. Perma-Fix Environmental Services Inc | A | Dividend | | | Sold | 03/15/19 | K | C | |
| 124. | | | | | | | | | |
| 125. Wells Fargo Bank Deposit Sweep Program | A | Interest | M | T | | | | | |
| 126. US Treasury Bond | A | Interest | | | Sold | 03/07/19 | K | A | |
| 127. Amazon Com Inc. | A | Dividend | K | T | Buy | 08/07/19 | K | | |
| 128. Amazon Com Inc. | A | Dividend | K | T | Buy<br>(add'l) | 11/12/19 | K | | |
| 129. Apple, Inc. | A | Dividend | K | T | Buy | 08/07/19 | K | | |
| 130. Walt Disney Co. | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 131. Internatinal Business Machine Corp | B | Dividend | K | T | Buy | 07/02/19 | K | | |
| 132. Paypal Holdings Inc. | A | Dividend | K | T | Buy | 08/07/19 | K | | |
| 133. Starbucks Corp. | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 134. Verizon Communications | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 135. US Treasury Bond | B | Int./Div. | L | T | Buy | 11/12/19 | K | | |
| 136. US Treasury Bond | A | Int./Div. | | | Buy | 01/17/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  US Treasury Bond | A | Int./Div. | | | Sold | 04/18/19 | L | A | |
| 138.  Us Treasury Bond | A | Int./Div. | | | Buy | 08/07/19 | L | | |
| 139.  Us Treasury Bond | A | Int./Div. | | | Sold | 10/24/19 | L | A | |
| 140.  CBS Corp | A | Dividend | | | Sold | 11/12/19 | K | A | |
| 141.  -Spire Inc. (formerly Laclede Gas) common | B | Dividend | L | T | | | | | |
| 142.  --Nuveen Ohio Munic. Fd | A | Dividend | J | T | | | | | |
| 143.  --Eaton Vance Tax Managed Gr. Fd (formerly E.V. Marath) | A | Dividend | L | T | | | | | |
| 144.  --Cedar Fair | D | Dividend | L | T | | | | | |
| 145.  --American Express Co. | A | Dividend | K | T | | | | | |
| 146.  --Chevron/Texaco | B | Dividend | L | T | | | | | |
| 147.  --Enterprise Products | B | Dividend | K | T | | | | | |
| 148.  --IBM Corp. | B | Dividend | K | T | | | | | |
| 149.  --Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 150.  --Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 151.  Service Properties Tr (formerly Hospitality Properties Reit Trust) | B | Dividend | K | T | | | | | |
| 152.  --Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 153.  Vanguard Real Estate Index Fd | A | Dividend | K | T | Buy | 09/15/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cincinnati Ohio Urban Redevelopment Bd | A | Interest | K | T | | | | | |
| 155. Microsoft Corp | A | Dividend | L | T | | | | | |
| 156. Ishares ETF | C | Dividend | K | T | | | | | |
| 157. --Embarq. (spinoff) | A | Dividend | J | T | | | | | |
| 158. --Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Polster, Dan A.** | 06/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Lines 29-34    Dow Dupont split into Dow, Inc;  Dupont and Corteva, Inc.  I sold my positions in Dupont and Corteva, Inc. and retained my position in Dow, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dan A. Polster**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544